Commonwealth *v.* Stiver, Appellant.

Submitted April 12, 1971. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defend-

er, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., took no part in the consideration or decision of this case.